1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        rforni@rmkb.com; pcogan@rmkb.com
5
   Attorneys for Defendants, LIBERTY MUTUAL INSURANCE
6  COMPANY, LIBERTY MUTUAL GROUP INC., and LIBERTY
   LIFE ASSURANCE COMPANY OF BOSTON
7
8  William Green (SBN 129816)
   DELFINO GREEN & GREEN
9  1010B Street, Suite 320
   San Rafael, CA 94901
10 Telephone: (415)442-4646
   Facsimile: (415) 442.4802
11 Email:    dgglaw@gmail.com

12 Attorneys for Plaintiff , WOLFGANG TROULLIER

13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | WOLFGANG TROULLIER, | CASE NO. C13-04875 WHA |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND LIBRTY MUTUAL GROUP INC. WITHOUT PREJUDICE** |
| 19 | v. | |
| 20 | LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DOES 1 to 50, | |
| 21 | | |
| 22 | | **(Former San Francisco County Superior Court Action, Case No. CGC-13-534049)** |
| 23 | Defendants. | |

24

25   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

26 WOLFGANG TROULLIER and Defendants LIBERTY MUTUAL INSURANCE COMPANY,

27 LIBERTY MUTUAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF

28

RC1/7178545.1/RR2

STIPULATION AND ORDER DISMISSING
DEFENDANTS WITHOUT PREJUDICE
CASE NO. C13-04875 WHA

BOSTON, by and through their respective attorneys of record, that Defendants LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC. shall be and hereby are dismissed from this action without prejudice, and each party shall bear its own attorney's fees and costs directly related to this Stipulation and the dismissal of these Defendants.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: October 25, 2013   DELFINO GREEN & GREEN

By: /s/ *William Green*
    WILLIAM GREEN
    Attorneys for Plaintiff,
    WOLFGANG TROULLIER

Dated: October 25, 2013   ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendants, LIBERTY
    MUTUAL INSURANCE COMPANY,
    LIBERTY MUTUAL GROUP, INC., and
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation, Defendants LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC. shall be and hereby are dismissed from this action without prejudice. Each party shall bear its own attorney's fees and costs directly related to the parties' Stipulation and the dismissal of these Defendants.

**IT IS SO ORDERED**.

Dated: October 29, 2013

_____
Hon. William H. Alsup
United States District Judge