PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:     rforni@rmkb.com; pcogan@rmkb.com

Attorneys for Defendants, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

William Green (SBN 129816)
DELFINO GREEN & GREEN
1010B Street, Suite 320
San Rafael, CA 94901
Telephone: (415)442-4646
Facsimile: (415) 442.4802
Email:     dgglaw@gmail.com

Attorneys for Plaintiff , WOLFGANG TROULLIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLFGANG TROULLIER,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DOES 1 to 50,<br><br>        Defendants. | CASE NO. C13-04875 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND LIBRTY MUTUAL GROUP INC. WITHOUT PREJUDICE**<br><br>(Former San Francisco County Superior Court Action, Case No. CGC-13-534049) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff WOLFGANG TROULLIER and Defendants LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF

BOSTON, by and through their respective attorneys of record, that Defendants LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC. shall be and hereby are dismissed from this action without prejudice, and each party shall bear its own attorney's fees and costs directly related to this Stipulation and the dismissal of these Defendants.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: October 25, 2013                    DELFINO GREEN & GREEN


By: /s/ *William Green*
  WILLIAM GREEN
  Attorneys for Plaintiff,
  WOLFGANG TROULLIER

Dated: October 25, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ *Robert M. Forni, Jr.*
  PAMELA E. COGAN
  ROBERT M. FORNI, JR.
  Attorneys for Defendants, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation, Defendants LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC. shall be and hereby are dismissed from this action without prejudice.  Each party shall bear its own attorney's fees and costs directly related to the parties' Stipulation and the dismissal of these Defendants.

**IT IS SO ORDERED**.

Dated: October 29, 2013                    _____
                                           Hon. William H. Alsup
                                           United States District Judge